1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7              WESTERN DISTRICT OF WASHINGTON

                          AT SEATTLE

8

9   UNITED STATES OF AMERICA,            )
                                         )
10              Plaintiff,               )     CASE NO.   07-351M
          v.                             )
11                                       )
    ALEJANDRO RAMIREZ-ROBLEZ,            )     DETENTION ORDER
12                                       )
                Defendant.               )
13   _____ )

14  Offense charged:

15        Count I: Illegal Reentry After Deportation in violation of Title 8, U.S.C., Section

16        1326(a).

17  Date of Detention Hearing: July 26, 2007

18        The Court, having conducted an uncontested detention hearing pursuant to Title

19  18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for

20  detention hereafter set forth, finds that no condition or combination of conditions which the

21  defendant can meet will reasonably assure the appearance of the defendant as required and

22  the safety of any other person and the community.  The Government was represented by Don

23  Reno.  The defendant was represented by Jay Stansell.

24        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

25        (1)   The defendant represents a risk of nonappearance due to the following:

26              he is a citizen and national of Mexico who has previously been deported;

DETENTION ORDER
PAGE -1-

he has no ties to this district; his ties to the Western District of Washington are unknown/unverified; and the Bureau of Immigration and Customs Enforcement has filed a detainer.

(2)     The defendant does not contest detention.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of July, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-